# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 15 |
| CDS U.S. HOLDINGS, INC., *et al.*, | ) Case No. 20-11719 (CSS) |
| Debtors in a Foreign Proceeding,[1] | ) (Joint Administration Requested) |

**NOTICE OF AGENDA FOR TELEPHONIC HEARING ON FIRST DAY MOTIONS SCHEDULED FOR JULY 2, 2020 AT 11:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING MUST APPEAR THROUGH BOTH COURTCALL AND ZOOM.**

**TO APPEAR BY VIDEO CONFERENCE VIA ZOOM, PARTIES SHOULD USE THE FOLLOWING INSTRUCTIONS:**

**Topic: Cirque Du Soleil Hearing**
**Time: July 2, 2020 at 11:00 a.m. Eastern Time (US and Canada)**

**Join Zoom Hearing: https://www.zoomgov.com/j/1614237060**

**Meeting ID: 161 423 7060**

**Password: 948457**

**TO APPEAR TELEPHONICALLY VIA COURTCALL, PARTIES MUST MAKE PRIOR ARRANGEMENTS WITH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946)**

---

[1] The last four digits of Debtor CDS U.S. Holdings, Inc.'s tax identification number are (0086). Due to the large number of debtor entities in these chapter 15 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at www.omniagentsolutions.com/cirquedusoleil. The location of the Debtors' service address for purposes of these chapter 15 cases is: 8400, 2e Avenue Montréal, Quebec H1Z 4M6 Canada.

**This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court.  The status of each is set forth below.**

1. Petition Packages:

    a)  CDS U.S. Holdings, Inc. [Case No. 20-11719] ([Docket No. 1](#))
    b)  Blue Man International, LLC [Case No. 20-11720] ([Docket No. 1](#))
    c)  Cirque du Soleil Radio CT Holding, LLC [Case No. 20-11721] ([Docket No. 1](#))
    d)  Cirque du Soleil Radio CT, LLC [Case No. 20-11722] ([Docket No. 1](#))
    e)  The Works Entertainment, LLC [Case No. 20-11723] ([Docket No. 1](#))
    f)  Cirque Theatrical, LLC [Case No. 20-11724] ([Docket No. 1](#))
    g)  Cirque on Broadway, LLC [Case No. 20-11725] ([Docket No. 1](#))
    h)  Joie De Vie, LLC [Case No. 20-11726] ([Docket No. 1](#))
    i)  Cirque du Soleil GP Inc. [Case No. 20-11727] ([Docket No. 1](#))
    j)  CDS Canadian Holdings, Inc. [Case No. 20-11728] ([Docket No. 1](#))
    k)  Cirque du Soleil Canada Inc. [Case No. 20-11729] ([Docket No. 1](#))
    l)  Cirque du Soleil, Inc. [Case No. 20-11730] ([Docket No. 1](#))
    m)  Cirque du Soleil Images Inc. [Case No. 20-11731] ([Docket No. 1](#))
    n)  Cirque du Soleil Inspiration Inc. [Case No. 20-11732] ([Docket No. 1](#))
    o)  Création 4U2C, Inc. [Case No. 20-11733] ([Docket No. 1](#))
    p)  CDS U.S. Intermediate Holdings, Inc. [Case No. 20-11734] ([Docket No. 1](#))
    q)  Blue Man Inc. [Case No. 20-11735] ([Docket No. 1](#))
    r)  Blue Man Group Holdings, LLC [Case No. 20-11736] ([Docket No. 1](#))
    s)  Blue Man Group Records, LLC [Case No. 20-11737] ([Docket No. 1](#))
    t)  Astor Show Productions, LLC [Case No. 20-11738] ([Docket No. 1](#))
    u)  Blue Man Group Publishing, LLC [Case No. 20-11739] ([Docket No. 1](#))
    v)  Blue Man Vegas, LLC [Case No. 20-11740] ([Docket No. 1](#))
    w)  Blue Man Orlando, LLC [Case No. 20-11741] ([Docket No. 1](#))
    x)  Blue Man Productions, LLC [Case No. 20-11742] ([Docket No. 1](#))
    y)  Blue Man Chicago, LLC [Case No. 20-11743] ([Docket No. 1](#))
    z)  Cirque du Soleil Holdings USA, Inc. [Case No. 20-11744] ([Docket No. 1](#))
    aa) Cirque du Soleil (US), Inc. [Case No. 20-11745] ([Docket No. 1](#))
    bb) Cirque du Soleil America, Inc. [Case No. 20-11746] ([Docket No. 1](#))
    cc) Cirque du Soleil Nevada, Inc. [Case No. 20-11747] ([Docket No. 1](#))
    dd) VSTAR Entertainment Group, LLC [Case No. 20-11748] ([Docket No. 1](#))
    ee) Cirque Dreams Holdings LLC [Case No. 20-11749] ([Docket No. 1](#))
    ff) VSTAR Merchandising, LLC [Case No. 20-11750] ([Docket No. 1](#))
    gg) VSTAR International, LLC [Case No. 20-11751] ([Docket No. 1](#))
    hh) VSTAR Theatrical, LLC [Case No. 20-11752] ([Docket No. 1](#))
    ii) VSTAR Touring, LLC [Case No. 20-11753] ([Docket No. 1](#))
    jj) Cirque du Soleil Orlando, LLC [Case No. 20-11754] ([Docket No. 1](#))
    kk) Cirque du Soleil Vegas, LLC [Case No. 20-11755] ([Docket No. 1](#))
    ll) Cirque du Soleil My Call, LLC [Case No. 20-11756] ([Docket No. 1](#))
    mm) Velsi, LLC [Case No. 20-11757] ([Docket No. 1](#))
    nn) 9415-8227 Québec Inc. [Case No. 20-11758] ([Docket No. 1](#))
    oo) 9415-8235 Québec Inc. [Case No. 20-11759] ([Docket No. 1](#))
    pp) 9415-8185 Québec Inc. [Case No. 20-11760] ([Docket No. 1](#))

    qq)       9415-8219 Québec Inc. [Case No. 20-11761] ([Docket No. 1](#))

2. Declaration of Foreign Representative Pursuant to 11 U.S.C. § 1515 and Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure and in Support of Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Filed: 7/1/20] ([Docket No. 4](#))

    **Status:**    The Declaration will be relied upon as evidentiary support for the first day matters listed below.

3. Declaration of Guy P. Martel in Support of Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Filed: 7/1/20] ([Docket No. 5](#))

    **Status:**    The Declaration will be relied upon as evidentiary support for the first day matters listed below.

### First Day Administrative and Procedural Motions

4. Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Filed 7/1/20] ([Docket No. 2](#))

    **Status:**    A recognition hearing will be scheduled for a later date as determined by the Court.

5. Motion for Order (I) Directing Joint Administration of Cases Under Chapter 15 of the Bankruptcy Code and (II) Authorizing Foreign Representative to File Consolidated Lists of Information Required by Bankruptcy Rule 1007(A)(4) [Filed: 7/1/20] ([Docket No. 6](#))

    **Status:**    This matter is going forward.

6. Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code [Filed: 7/1/20] ([Docket No. 7](#))

    **Status:**    This matter is going forward.

7. Motion for Order Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice [Filed: 7/1/20] ([Docket No. 8](#))

    **Status:**    This matter is going forward.

| | |
|---|---|
| Dated:  July 1, 2020<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:    (302) 652-4100<br>Facsimile:    (302) 652-4400<br>Email:    ljones@pszjlaw.com<br>            tcairns@pszjlaw.com<br><br>            -and-<br><br>Aparna Yenamandra  (*pro hac vice* pending)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:    aparna.yenamandra@kirkland.com<br><br>            -and-<br><br>Chad J. Husnick, P.C. (*pro hac vice* pending)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:    chad.husnick@kirkland.com<br><br>*Proposed Counsel to the Foreign Representative* |