IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CDS U.S. HOLDINGS, INC., *et al.*,<br><br>Debtors in a Foreign Proceeding,[1] | Chapter 15<br><br>Case No. 20-11719 (CSS)<br><br>(Joint Administration Requested) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on July 1, 2020, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- **Notice of Agenda for Telephonic Hearing on First Day Motions Scheduled for July 2, 2020 at 11:00 A.M. (Prevailing Eastern Time), Before The Honorable Christopher S. Sontchi Bankruptcy Judge, at The United States Bankruptcy Court for The District Of Delaware, Located at 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 [Docket No. 16].**

- **Notice of Telephonic Hearing on First Day Motions [Docket No. 22].**

Dated: July 1, 2020

Colin Linebaugh
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       }ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 1st day of July, 2020, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The last four digits of Debtor CDS U.S. Holdings, Inc.'s tax identification number are (0086). Due to the large number of debtor entities in these chapter 15 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at www.omniagentsolutions.com/cirquedusoleil. The location of the Debtors' service address for purposes of these chapter 15 cases is: 8400, 2e Avenue Montréal, Quebec H1Z 4M6 Canada.

**EXHIBIT A**

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | FAX | Email | Method of Service |
|---|---|---|---|---|---|
| Deputy General Counsel to TPG | TPG Capital LP | Attn: Ashleigh Blaylock | | ablaylock@tpg.com | Email |
| Other Creditors | Fonds de Solidarité FTQ | | | affairesjuridiques@fondsftq.com | Email |
| Notice of Appearance and Request for Notices - Counsel to Ad Hoc Committee of First Lien Lenders | Milbank LLP | | | aharmeyer@milbank.com | Email |
| Counsel to the Wilmington Trust, NA | Arnold & Porter Kaye Scholer LLP | | | Alan.Glantz@arnoldporter.com | Email |
| Notice of Appearance and Request for Notices - Counsel to TPG Global, LLC and its affiliates | Young Conaway Stargatt & Taylor, LLP | | | amagaziner@ycst.com | Email |
| US Counsel to the Applicants | Kirkland & Ellis LLP | | | aparna.yenamandra@kirkland.com | Email |
| Local Counsel to the Ad Hoc Group of First Lien and Second Lenders | Woods LLP | Attn: Bogdan Catanu, Neil Peden<br>2000 McGill College Ave, Ste 1700<br>Montreal, QC H3A 3H3<br>Canada | | bcatanu@woods.qc.ca | Email |
| Governmental Authority | Bernard, Roy & Associés | | | bernardroy@justice.gouv.qc.ca | Email |
| Counsel to the Wilmington Trust, NA | Arnold & Porter Kaye Scholer LLP | | | Bryan.Kim@arnoldporter.com | Email |
| Other Creditors | Fonds de Solidarité FTQ | | | cdion@fondsftq.com | Email |
| US Counsel to the Applicants | Kirkland & Ellis LLP | Attn: Chad J. Husnick, Aparna Yenamandra<br>Attn: Simon Briefel, Charles B. Sterrett<br>601 Lexington Ave<br>New York, NY 10022 | | chad.husnick@kirkland.com | Email |
| Governmental Authority | Canada Revenue Agency | c/o Ministry of Justice of Canada, Tax Litigation Directorate<br>200, René Lévesque Blvd W<br>Complexe Guy-Favreau, East Tower, 9th Fl<br>Montréal, QC H2Z 1X4<br>Canada | | chantal.comtois@justice.gc.ca | Email |
| US Counsel to the Applicants | Kirkland & Ellis LLP | | | charles.sterrett@kirkland.com | Email |
| Counsel to Desjardins | Davies Ward Philips & Vineberg LLP | Attn: Christian Lachance<br>1501 McGill College, 26th Fl<br>Montréal, QC H3A 3N9<br>Canada | | clachance@dwpv.com | Email |
| Counsel to the Financial Advisors | BCF Business Law | Attn: Claude Paquet, Gary Rivard<br>1100 René-Lévesque Blvd W, 25th Fl, Ste 2500<br>Montréal, QC H3B 5C9<br>Canada | | claude.paquet@bcf.ca | Email |
| Core | MGM Resorts International | c/o Torys Law Firm LLP<br>Attn: Christopher Richter<br>1 Place ville Marie, Ste 2880<br>Montreal, QC H3B 4R4<br>Canada | | crichter@torys.com | Email |
| Canadian Counsel to the Applicants | Stikeman Elliott LLP | | | CZikovsky@stikeman.com | Email |
| Governmental Authority | Larivière Meunier | Attn: Daniel Cantin<br>3800 De Marly St, Secteur 5-2-8<br>Québec, QC G1X4A5<br>Canada | | danielcantin@revenuquebec.ca | Email |
| Canadian Counsel to the Applicants | Stikeman Elliott LLP | | | ddvu@stikeman.com | Email |
| Core | Québécor Inc. | c/o Davies Ward Philips & Vineberg LLP<br>Attn: Denis Ferland<br>1501 Avenue MsGill College, 26 étage<br>Montreal, QC H3A 3N9<br>Canada | | dferland@dwpv.com | Email |
| Canadian Counsel to the Ad Hoc Group of First Lien and Second Lenders | Milbank | Attn: Evan R. Fleck<br>55 Hudson Yards<br>New York, NY 10001-2163 | | efleck@milbank.com | Email |
| Notice of Appearance and Request for Notices - Counsel to Ad Hoc Committee of First Lien Lenders | Milbank LLP | Attn: Evan R. Fleck / Attn: Nelly Almeida<br>Attn: Andrew Harmeyer<br>Attn: Evan Maass<br>55 Hudson Yards<br>New York, NY 10001-2163 | 212-530-5219 | efleck@milbank.com | Email |
| Notice of Appearance and Request for Notices - Counsel to Ad Hoc Committee of First Lien Lenders | Milbank LLP | | | emaass@milbank.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | FAX | Email | Method of Service |
|---|---|---|---|---|---|
| Monitor | Ernst & Young Inc | | | Fiona.Han@ca.ey.com | Email |
| Counsel to the Financial Advisors | BCF Business Law | | | gary.rivard@bcf.ca | Email |
| Canadian Counsel to the Applicants | Stikeman Elliott LLP | Attn: Guy P. Martel, Danny Duy Vu, Sidney M. Horn<br>Attn: Jean-François Forget, Claire Zikovsky<br>1155 René-Lévesque Blvd W, 41st Fl<br>Montreal, QC H3B 3V2<br>Canada | | gmartel@stikeman.com | Email |
| Canadian Counsel to TPG | Osler, Hoskin & Harcourt LLP | | | ikravtsov@osler.com | Email |
| General Counsel to the Applicants | Cirque du Soleil Canada Inc. & al. | Attn: Jocelyn Côté<br>8400 2e Ave<br>Montreal, QC H1Z 4M6<br>Canada | | j.cote@cirquedusoleil.com | Email |
| Notice of Appearance and Request for Notices - Counsel to TPG Global, LLC and its affiliates | Paul, Weiss, Rifkind, Wharton & Garrison LLP | | | jadlerstein@paulweiss.com | Email |
| US Counsel to TPG | Paul, Weiss, Rifkind, Wharton & Garrison LLP | | | jadlerstein@paulweiss.com | Email |
| US Counsel to the Monitor | Katten Muchin Rosenman LLP | | | jerry.hall@katten.com | Email |
| Canadian Counsel to the Applicants | Stikeman Elliott LLP | | | jfforget@stikeman.com | Email |
| US Counsel to the Ad Hoc Group of First Lien and Second Lenders | Goodmans LLP | Attn: Joseph Pasquariello<br>Bay Adelaide Centre – West Tower<br>333 Bay Street, Ste 3400<br>Toronto, ON M5H 2S7<br>Canada | | jpasquariello@goodmans.ca | Email |
| Counsel to the Caisse de Dépôt et de Placement du Québec | McCarthy Tétrault LLP | | | jperreault@mccarthy.ca | Email |
| Canadian Counsel to the Monitor | Fasken Martineau LLP | Attn: Luc Béliveau, Marc-André Morin<br>800, Square Victoria St, Ste 3500<br>Montreal, QC H4Z 1E9<br>Canada | | lbeliveau@fasken.com | Email |
| Counsel to the Investissement Québec | Norton Rose Fulbright LLP | Attn: Luc Morin<br>1 Place Ville Marie, Ste 2500<br>Montréal, QC H3B 1R1<br>Canada | | luc.morin@nortonrosefulbright.com | Email |
| Canadian Counsel to the Monitor | Fasken Martineau LLP | | | mamorin@fasken.com | Email |
| Monitor | Ernst & Young Inc | | | martin.daigneault@ca.ey.com | Email |
| Monitor | Ernst & Young Inc | Attn: Martin Rosenthal, Martin Daigneault, Fiona Han<br>900 Boulevard de Maisonneuve Ouest<br>Bureau 2300<br>Montréal, QC H3A 0A8<br>Canada | | martin.rosenthal@ca.ey.com | Email |
| Canadian Counsel to TPG | Osler, Hoskin & Harcourt LLP | | | mwasserman@osler.com | Email |
| Notice of Appearance and Request for Notices - Counsel to Ad Hoc Committee of First Lien Lenders | Milbank LLP | | | nalmeida@milbank.com | Email |
| Governmental Authority | Procureur général du Canada | Tour est, 5e étage, Complexe Guy-Favreau<br>200, boul. René-Lévesque ouest<br>Montréal, QC H2Z 1X4<br>Canada | 514-283-3856 | notificationPGC-AGC.civil@justice.gc.ca | Email |
| Governmental Authority | Larivière Meunier | | | notif-quebec@revenuquebec.ca | Email |
| Local Counsel to the Ad Hoc Group of First Lien and Second Lenders | Woods LLP | | | npeden@woods.qc.ca | Email |
| US Counsel to TPG | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Jacob A. Alderstein<br>1285 Avenue of the Americas<br>New York, NY 10019 | | pbasta@paulweiss.com | Email |
| Counsel to the Caisse de Dépôt et de Placement du Québec | McCarthy Tétrault LLP | Attn: Philippe H. Bélanger, Jocelyn Perreault<br>1000 de la Gauchetière St W, Ste 2500<br>Montréal, QC H3B 0A2<br>Canada | | pbelanger@mccarthy.ca | Email |

**Exhibit A**
**Core/2002 Service List**
Served as set forth below

| Description | Name | Address | FAX | Email | Method of Service |
|---|---|---|---|---|---|
| Governmental Authority | Bernard, Roy & Associés | Attn: Pierre-Luc Beauchesne<br>Bureau 8.00<br>1, rue Notre-Dame Est<br>Montréal, QC H2Y 1B6<br>Canada | 514-873-7074 | pierre-luc.beauchesne@justice.gouv.qc.ca | Email |
| Notice of Appearance and Request for Notices - Counsel to TPG Global, LLC and its affiliates | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta<br>Attn: Jacob A. Adlerstein<br>1285 Avenue of the Americas<br>New York, NY 10019 | 212-757-3990 | pmbasta@paulweiss.com | Email |
| Notice of Appearance and Request for Notices - Counsel to TPG Global, LLC and its affiliates | Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan<br>Attn: Andrew L. Magaziner<br>Rodney Square<br>1000 N King St<br>Wilmington, DE 19801 | 302-571-1253 | pmorgan@ycst.com | Email |
| Counsel to the Royal Bank of Canada | Latham & Watkins, LLP | Attn: Richard Levy<br>885 Third Ave<br>New York, NY 10022 | | richard.levy@lw.com | Email |
| Counsel to the Wilmington Trust, NA | Arnold & Porter Kaye Scholer LLP | 250 West 55th Street<br>New York, NY 10019 | | Roxanne.Mintz@arnoldporter.com | Email |
| Canadian Counsel to TPG | Osler, Hoskin & Harcourt LLP | Attn: Sandra Abitan, Marc Wasserman<br>1000, rue De La Gauchetière Ouest<br>Bureau 2100<br>Montréal, QC H3B 4W5<br>Canada | | sabitan@osler.com | Email |
| US Counsel to the Applicants | Kirkland & Ellis LLP | | | simon.briefel@kirkland.com | Email |
| Canadian Counsel to the Applicants | Stikeman Elliott LLP | | | smhorn@stikeman.com | Email |
| US Counsel to the Monitor | Katten Muchin Rosenman LLP | Attn: Steven J. Reisman, Jerry L. Hall<br>575 Madison Ave<br>New York, NY 10022-2585 | | sreisman@katten.com | Email |
| Core | Fonds de Solidarité FTQ | Attn: Veronique Gagnon<br>Attn: Caroline Dion<br>CP 1000, Succ. Chabanel<br>Montréal, QC H2N 0B5<br>Canada | 514 383-2501 | vgagnon@fondsftq.com | Email |
| Governmental Authority | Larivière Meunier | | | Vincenzo.Carrozza@revenuquebec.ca | Email |
| Notice of Appearance and Request for Notices - Counsel to Ad Hoc Committee of First Lien Lenders | Ashby & Geddes, P.A. | Attn: William P. Bowden<br>500 Delaware Ave, 8th Fl<br>P.O. Box 1150<br>Wilmington, DE 19899-1150 | 302-654-2067 | WBowden@ashbygeddes.com | Email |
| Financial Advisor to the Ad Hoc Group of First Lien and Second Lien Lender | Houlihan Lokey | Attn: William Tuck Hardie<br>225 South Sixth St, Ste 4950<br>Minneapolis, MN 55402 | | whardie@HL.com | Email |
| Equity Sponsor | Caisse de Dépôt et Placement du Québec | Attn: Philippe H. Belanger<br>Attn: Jocelyn Perreault<br>Édifice Jacques-Parizeau<br>1000, place Jean-Paul-Riopelle<br>Montréal, QC H2Z 2B3<br>Canada | | pbelanger@mccarthy.ca<br>jperreault@mccarthy.ca | Email |
| Co-Financial Advisor to the Applicants | Greenhill & Co | 300 Park Ave<br>New York, NY 10022 | | ProjectCircle@greenhill.com | Email |
| Equity Sponsor | Investissement Québec | Attn: Luc Morin<br>Attn: Guillaume P. Michaud<br>Attn: Steve Malas<br>600 De la Gauchetière St W, Ste 1500<br>Montréal, QC H3B 4L8<br>Canada | | luc.morin@nortonrosefulbright.com<br>guillaume.michaud@nortonrosefulbright.com<br>steve.malas@nortonrosefulbright.com | Email |
| Co-Financial Advisor to the Applicants | National Bank Financial | 1155 Metcalfe St, 23rd Fl<br>Montreal, QC H3B 4S9<br>Canada | | projectcirclenbf@bnc.ca | Email |
| Office of the United States Trustee for the District of Delaware | Office of the United States Trustee | Attn: Timothy Fox<br>844 King Street, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | | Timothy.Fox@usdoj.gov | Email |