# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 15 |
| CDS U.S. Holdings, Inc., *et al.*, | ) Case No. 20-11719 (CSS) |
| Debtors in a Foreign Proceeding, | ) (Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 and the certification below, counsel hereby moves the admission pro hac vice of Nelly Almeida, Esq. to represent the Ad Hoc Committee of First Lien Lenders in the above-captioned cases and any related proceeding.

Dated: July 1, 2020

**ASHBY & GEDDES, P.A.**

*/s/ William P. Bowden*
William P. Bowden (No. 2553)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899
Telephone: (302) 654-1888

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Nelly Almeida*
Nelly Almeida
MILBANK LLP
55 Hudson Yards
New York, NY US 10001-2163
Tel: (212) 530-5000
Email: nalmeida@milbank.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: July 2nd, 2020
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

{01581278;v1 }