## **CERTIFICATE OF SERVICE**

      I, Daniel B. Thompson, hereby certify that on July 7, 2020, a true and correct copy of *Notice of Appearance and Request for Service of Papers* was served to all parties of record via CM/ECF.

      /s/ *Daniel B. Thompson*
      Daniel B. Thompson (DE Bar No. 6588)

112003966.v1