# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 15 |
| | ) |
| CDS U.S. HOLDINGS, INC., *et al.*,[1] | ) Case No. 20-11719 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket Nos.: 83 and 84** |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 6th day of August 2020, I caused a copy of the following documents to be served upon the attached service list in the manner indicated:

**Foreign Representative's Reply in Support of the Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code (Docket No. 83); and**

**Notice of Filing of Revised Order Granting Petition for (I) Recognition as Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Filed: 8/6/20] (Docket No. 84).**

/s/ Timothy P. Cairns
Timothy P. Cairns

---

[1] The last four digits of Debtor CDS U.S. Holdings, Inc.'s tax identification number are (0086). Due to the large number of debtor entities in these chapter 15 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at www.omniagentsolutions.com/cirquedusoleil. The location of the Debtors' service address for purposes of these chapter 15 cases is: 8400, 2e Avenue Montréal, Quebec H1Z 4M6 Canada.

CDS US Holdings, Inc.
2002 Service List EXPEDITED
Case No. 20-11719
Document No. 229595
75 - Emails

(Counsel to the Debtors)
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Email: ljones@pszjlaw.com;
tcairns@pszjlaw.com;

EMAIL
(Counsel to Wilmington Trust, NA)
Roxanne Mintz, Esq.
Bryan Kim, Esq.
Alan Glantz, Esq.
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
Email:
Roxanne.Mintz@arnoldporter.com;
Bryan.Kim@arnoldporter.com;
Alan.Glantz@arnoldporter.com

EMAIL
(Counsel to Ad Hoc Committee of First Lien
Lenders he Wilmington Trust, NA)
William P. Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Ave, 8th Fl
Wilmington, DE 19899-1150
Email: WBowden@ashbygeddes.com

EMAIL
(Counsel to the Financial Advisors)
Attn: Claude Paquet, Gary Rivard
BCF Business Law
1100 René-Lévesque Blvd W
25th Fl, Ste 2500
Montréal, QC H3B 5C9
Canada
Email: claude.paquet@bcf.ca;
gary.rivard@bcf.ca

EMAIL
(Governmental Authority)
Bernard, Roy & Associés
Attn: Pierre-Luc Beauchesne
Bureau 8.00
1, rue Notre-Dame Est
Montréal, QC H2Y 1B6
Canada
Email: pierre-
luc.beauchesne@justice.gouv.qc.ca;
bernardroy@justice.gouv.qc.ca

EMAIL
(Equity Sponsor)
Caisse de Dépôt et Placement du Québec
Édifice Jacques-Parizeau
1000, place Jean-Paul-Riopelle
Montréal, QC H2Z 2B3
Canada
Email: pbelanger@mccarthy.ca;
jperreault@mccarthy.ca

EMAIL
(Governmental Authority)
Canada Review Agency
c/o Ministry of Justice of Canada, Tax
Litigation Directorate
Attn: Jocelyn Côté
200, René Lévesque Blvd W
Complexe Guy-Favreau, East Tower, 9th Fl
Montréal, QC H2Z 1X4
Canada
Email: chantal.comtois@justice.gc.ca

**EMAIL**
(General Counsel to the Applicants)
Cirque du Soleil Canada Inc. & al.
Attn: Jocelyn Côté
8400 2e Ave
Montreal, QC H1Z 4M6
Canada
Email: **j.cote@cirquedusoleil.com**

**EMAIL**
(Counsel to Desjardins)
Attn: Christian Lachance
Davies Ward Philips & Vineberg LLP
1501 McGill College, 26th Fl
Montréal, QC H3A 3N9
Canada
Email: **clachance@dwpv.com**

**EMAIL**
(Monitor)
Attn: Martin Rosenthal, Martin Daigneault, Fiona Han
Ernst & Young Inc.
900 Boulevard de Maisonneuve Ouest
Bureau 2300
Montréal, QC H3A 0A8
Canada
Email: **martin.rosenthal@ca.ey.com;
martin.daigneault@ca.ey.com;
Fiona.Han@ca.ey.com**

**EMAIL**
(Counsel)
Attn: Martin Rosenthal, Martin Daigneault, Fiona Han
Ernst & Young Inc.
800 René-Lévesque Blvd W, Ste 1900
Montréal, Québec H3B 1X9
Email: **martin.daigneault@ca.ey.com;
martin.rosenthal@ca.ey.com;
fiona.han@ca.ey.com**

**EMAIL**
(Canadian Counsel to the Monitor)
Attn: Luc Béliveau, Marc-André Morin
Fasken Martineau LLP
800, Square Victoria St, Ste 3500
Montreal, QC H4Z 1E9
Canada
Email: **lbeliveau@fasken.com;
mamorin@fasken.com**

**EMAIL**
(Other creditors)
Fonds de Solidarité FTQ
Attn: Veronique Gagnon; Caroline Dion
CP 1000, Succ. Chabanel
Montréal, QC H2N 0B5
Canada|
Email: **affairesjuridiques@fondsftq.com;
cdion@fondsftq.com**

**EMAIL**
(Counsel to PPB, LLC)
Keith C. Owens, Esq.
Fox Rothschild LLP
10250 Constellation Blvd, Ste 900
Los Angeles, CA 90067
Email: **kowens@foxrothschild.com**

**EMAIL**
(Counsel to PPB, LLC)
Daniel B. Thompson, Esq.
Fox Rothschild LLP
919 N Market St, Ste 300
Wilmington, DE 19899-2323
Email: **dthompson@foxrothschild.com**

**EMAIL**
(US Counsel to the Ad Hoc Group of First Lien and Second Lenders)
Joseph Pasquariello, Esq.
Goodmans LLP
Bay Adelaide Centre – West Tower
333 Bay Street, Ste 3400
Toronto, ON M5H 2S7
Canada
Email: **jpasquariello@goodmans.ca**

**EMAIL**
(Co-Financial Advisor to the Applicants)
Greenhill & Co
300 Park Ave
New York, NY 10022
**Email: ProjectCircle@greenhill.com**

**EMAIL**
(Financial Advisor to the Ad Hoc Group of First Lien and Second Lien Lender)
Attn: William Tuck Hardie
Houlihan Lokey
225 South Sixth St, Ste 4950
Minneapolis, MN 55402
**Email: whardie@HL.com**

**EMAIL**
(Equity Sponsor)
Investissement Québec
600 De la Gauchetière St W, Ste 1500
Montréal, QC H3B 4L8
Email:
**luc.morin@nortonrosefulbright.com;
guillaume.michaud@nortonrosefulbright.com;
steve.malas@nortonrosefulbright.com**

**EMAIL**
(US Counsel to the Monitor)
Steven J. Reisman, Esq.
Jerry L. Hall, Esq.
Shaya Rochester, Esq.
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY 10022-2585
**Email: sreisman@katten.com;
jerry.hall@katten.com;
srochester@katten.com**

**EMAIL**
(US Counsel to the Applicants)
Chad J. Husnick, Esq.
Aparna Yenamandra, Esq.
Simon Briefel, Esq.
Charles B. Sterrett, Esq.
Kirkland & Ellis LLP
601 Lexington Ave
New York, NY 10022
**Email: chad.husnick@kirkland.com;
aparna.yenamandra@kirkland.com;
simon.briefel@kirkland.com;
charles.sterrett@kirkland.com**

**EMAIL**
(Governmental Authority)
Larivière Meunier
Attn: Daniel Cantin
3800 De Marly St, Secteur 5-2-8
Québec, QC G1X4A5
Canada
**Email: danielcantin@revenuquebec.ca;
notif-quebec@revenuquebec.ca;
Vincenzo.Carrozza@revenuquebec.ca**

**EMAIL**
(Counsel to the Royal Bank of Canada)
Richard Levy, Esq.
Latham & Watkins, LLP
885 Third Ave
New York, NY 10022
**Email: richard.levy@lw.com**

**EMAIL**
(Counsel to the Caisse de Dépôt et de Placement du Québec)
Attn: Philippe H. Bélanger,
Jocelyn Perreault
McCarthy Tétrault LLP
1000 de la Gauchetière St W, Ste 2500
Montréal, QC H3B 0A2
Canada
**Email: pbelanger@mccarthy.ca;
jperreault@mccarthy.ca**

**EMAIL**
MGM Resorts International
c/o Torys Law Firm LLP
Attn: Christopher Richter
1 Place ville Marie, Ste 2880
Montreal, QC H3B 4R4
Canada
Email: crichter@torys.com

**EMAIL**
(Canadian Counsel to the Ad Hoc Group of
First Lien and Second Lenders)
Evan R. Fleck, Esq.
Nelly Almeida, Esq.
Andrew Harmeyer, Esq.
Evan Maass, Esq.
Milbank
55 Hudson Yards
New York, NY 10001-2163
Email: efleck@milbank.com;
nalmeida@milbank.com;
aharmeyer@milbank.com;
emaass@milbank.com

**EMAIL**
(Co-Financial Advisor to the Applicants)
National Bank Financial
1155 Metcalfe St, 23rd Fl
Montreal, QC H3B 4S9
Canada
Email: projectcirclenbf@bnc.ca

**EMAIL**
(Counsel to the Investissement Québec)
Attn: Luc Morin
Norton Rose Fulbright LLP
1 Place Ville Marie, Ste 2500
Montréal, QC H3B 1R1
Canada
Email:
luc.morin@nortonrosefulbright.com

**EMAIL**
Office of the United States Trustee for the
District of Delaware
T. Patrick Tinker, Esq.
844 King Street, Ste 2207
Lockbox 35
Wilmington, DE 19801
Email: patrick.tinker@usdoj.gov

**EMAIL**
(Canadian Counsel to TPG)
Attn: Sandra Abitan, Marc Wasserman,
Ilia Kratsoy
Osler, Hoskin & Harcourt LLP
1000, rue De La Gauchetière Ouest
Bureau 2100
Montréal, QC H3B 4W5
Canada
Email: sabitan@osler.com;
mwasserman@osler.com;
ikravtsov@osler.com

**EMAIL**
(US Counsel to TPG)
Paul M. Basta, Esq.
Jacob A. Alderstein, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019
Email: pmbasta@paulweiss.com;
jadlerstein@paulweiss.com

**EMAIL**
(Governmental Authority)
Procureur général du Canada
Tour est, 5e étage, Complexe Guy-Favreau
200, boul. René-Lévesque oust
Montréal, QC H2Z 1X4
Canada
Email: notificationPGC-
AGC.civil@justice.gc.ca

**EMAIL**
Québécor Inc.
c/o Davies Ward Philips & Vineberg LLP
Attn: Denis Ferland
1501 Avenue MsGill College, 26 étage
Montreal, QC H3A 3N9
Canada
**Email: dferland@dwpv.com**

**EMAIL**
(Canadian Counsel to the Applicants)
Attn: Guy P. Martel, Danny Duy Vu,
Sidney M. Horn, Jean-François Forget,
Claire Zikovsky
Stikeman Elliott LLP
1155 René-Lévesque Blvd W, 41st Fl
Montreal, QC H3B 3V2
Canada
**Email: gmartel@stikeman.com;
ddvu@stikeman.com;
jfforget@stikeman.com;
smhorn@stikeman.com;
CZikovsky@stikeman.com;**

**EMAIL**
(Local Counsel to the Ad Hoc Group of First
Lien and Second Lenders)
Woods LLP
Attn: Bogdan Catanu, Neil Peden
2000 McGill College Ave, Ste 1700
Montreal, QC H3A 3H3
Canada
**Email: bcatanu@woods.qc.ca;
npeden@woods.qc.ca**

**EMAIL**
(Counsel to TPG Global, LLC and its
affiliates)
Pauline K. Morgan, Esq.
Andrew L. Magaziner, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N King St
Wilmington, DE 19801
**Email: pmorgan@ycst.com;
amagaziner@ycst.com**

**EMAIL**
(Counsel to Universal)
Matthew G. Summers, Esq.
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
**Email: summersm@ballardspahr.com**

**EMAIL**
(Counsel to OptumRx, Inc.)
Kathleen M. LaManna, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
**Email: klamanna@goodwin.com;
bankruptcy@goodwin.com;
bankruptcyparalegal@goodwin.com**

**EMAIL**
(Deputy General Counsel to TPG)
TPG Capital LP
Attn: Ashleigh Blaylock
**Email: ablaylock@tpg.com**

CDS US Holdings, Inc.
2L Group Service List EMAIL
Case No. 20-11719
Document No. 230115
6 - Email

**EMAIL**
(Counsel to 2L Group)
Brian E. Farnan, Esq.
Michael J. Farnan, Esq.
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
**Email:** bfarnan@farnanlaw.com;
mfarnan@farnanlaw.com

**EMAIL**
(Counsel to 2L Group)
Kimberly A. Havlin, Esq.
Laura A. Grai, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
**Email:** kim.havlin@whitecase.com;
laura.grai@whitecase.com

**EMAIL**
(Counsel to 2L Group)
Brian Pfeiffer, Esq.
Laura L. Femino, Esq.
White & Case
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
**Email:** brian.pfeiffer@whitecase.com;
laura.femino@whitecase.com