IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CDS US HOLDINGS NEWCO, INC. (f/k/a CDS U.S. HOLDINGS, INC., *et al.,*), [1]<br><br>Debtors. | Chapter 15<br><br>Case No. 20-11719 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on December 21, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Core Parties Service List attached hereto as **Exhibit A**:

- **Motion Pursuant to Sections 105(a), 1507, 1521, and 1525 of the Bankruptcy Code and Bankruptcy Rule 9006, for Entry of an Order (I) Recognizing and Enforcing the Fourth AVO Extension Order, Effective *Nunc Pro Tunc* to the Date of Entry Thereof by the Canadian Court and (II) Granting Related Relief [Docket No. 152]**

Dated: January 2, 2024

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       }ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 2nd day of January, 2024, by Randy Lowry, to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The last four digits of Debtor CDS U.S. Holdings, Inc.'s tax identification number are (0086). Due to the large number of debtor entities in these chapter 15 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at www.omniagentsolutions.com/cirquedusoleil. The location of the Debtors' service address for purposes of these chapter 15 cases is: 8400, 2e Avenue Montréal, Quebec H1Z 4M6 Canada.

## EXHIBIT A

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | FAX | Email | Method of Service |
|---|---|---|---|---|---|
| Counsel to the Wilmington Trust, NA | Arnold & Porter Kaye Scholer LLP | 250 West 55th Street<br>New York, NY 10019 | | Alan.Glantz@arnoldporter.com<br>Bryan.Kim@arnoldporter.com<br>Roxanne.Mintz@arnoldporter.com | Email |
| Notice of Appearance and Request for Notices - Counsel to Ad Hoc Committee of First Lien Lenders | Ashby & Geddes, P.A. | Attn: William P. Bowden<br>500 Delaware Ave, 8th Fl<br>P.O. Box 1150<br>Wilmington, DE 19899-1150 | 302-654-2067 | WBowden@ashbygeddes.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to Universal City Development Partners Ltd. and Universal Studios Licensing LLC | Ballard Spahr LLP | Attn: Matthew G. Summers<br>919 N Market St, 11th Fl<br>Wilmington, DE 19801 | 302-252-4466 | summersm@ballardspahr.com | Email |
| Counsel to the Financial Advisors | BCF Business Law | Attn: Claude Paquet, Gary Rivard<br>1100 René-Lévesque Blvd W, 25th Fl, Ste 2500<br>Montréal, QC H3B 5C9<br>Canada | | gary.rivard@bcf.ca<br>claude.paquet@bcf.ca | Email |
| Governmental Authority | Bernard, Roy & Associés | Attn: Pierre-Luc Beauchesne<br>Bureau 8.00<br>1, rue Notre-Dame Est<br>Montréal, QC H2Y 1B6<br>Canada | 514-873-7074 | pierre-luc.beauchesne@justice.gouv.qc.ca<br>bernardroy@justice.gouv.qc.ca | Email |
| Notice of Appearance and Request for Notices<br>Counsel for SAP Global Marketing Inc. | Brown & Connery, LLP | Attn: Donald K. Ludman<br>6 N Broad St, Ste 100<br>Woodbury, NJ 08096 | 856-853-9933 | dludman@brownconnery.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel for Oracle America, Inc. | Buchalter, PC | Attn: Shawn M. Christianson<br>55 2nd St, 17th Fl<br>San Francisco, CA 94105-3493 | 415-227-0770 | schristianson@buchalter.com | Email |
| Equity Sponsor | Caisse de Dépôt et Placement du Québec | Attn: Philippe H. Belanger<br>Attn: Jocelyn Perreault<br>Édifice Jacques-Parizeau<br>1000, place Jean-Paul-Riopelle<br>Montréal, QC H2Z 2B3 | | pbelanger@mccarthy.ca<br>jperreault@mccarthy.ca | Email |
| Governmental Authority | Canada Revenue Agency | c/o Ministry of Justice of Canada, Tax Litigation Directorate<br>200, René Lévesque Blvd W<br>Complexe Guy-Favreau, East Tower, 9th Fl<br>Montréal, QC H2Z 1X4 | | chantal.comtois@justice.gc.ca | Email |
| Litigation | Chehardy, Sherman, Willians, Murray, Recile, Stakelum & Hayes LLP | One Galleria Blvd, Ste 1100<br>Metairie, Louisiana 70001 | | | Overnight Mail |
| General Counsel to the Applicants | Cirque du Soleil Canada Inc. & al. | Attn: Jocelyn Côté<br>8400 2e Ave<br>Montreal, QC H1Z 4M6<br>Canada | | j.cote@cirquedusoleil.com | Email |
| Litigation | Corporate Creations Network, Inc. | Sodexo Management, Inc- agent for service<br>1070-B West Causeway Approach<br>Mandeville, LA 70471 | | | Overnight Mail |
| Counsel to Desjardins | Davies Ward Philips & Vineberg LLP | Attn: Christian Lachance<br>1501 McGill College, 26th Fl<br>Montréal, QC H3A 3N9<br>Canada | | clachance@dwpv.com | Email |
| Monitor | Ernst & Young Inc | Attn: Martin Rosenthal, Martin Daigneault, Fiona Han<br>900 Boulevard de Maisonneuve Ouest<br>Bureau 2300<br>Montréal, QC H3A 0A8<br>Canada | | martin.daigneault@ca.ey.com<br>martin.rosenthal@ca.ey.com<br>fiona.han@ca.ey.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to Ernst & Young Inc. | Ernst & Young Inc. | Attn: Martin Daigneault<br>Attn: Martin Rosenthal<br>Attn: Fiona Han<br>800 René-Lévesque Blvd W, Ste 1900<br>Montréal, Québec H3B 1X9 | | martin.daigneault@ca.ey.com<br>martin.rosenthal@ca.ey.com<br>fiona.han@ca.ey.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to the Ad Hoc Committee of Independent 2L Holders | Farnan LLP | Attn: Brian E. Farnan<br>Attn: Michael J. Farnan<br>919 N Market St, 12th Fl<br>Wilmington, DE 19801 | 302-777-0301 | bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to Ernst & Young Inc.<br>Canadian Counsel to the Monitor | Fasken Martineau Dumoulin LLP | Attn: Luc Béliveau, Marc-André Morin<br>800, Square Victoria St, Ste 3500<br>Montreal, QC H4Z 1E9<br>Canada | 514-397-7600 | lbeliveau@fasken.com<br>mamorin@fasken.com | Email |
| Bank | Fédération Des Caisses Desjardins Du Québec | Attn: Gaetan Du Ruisseau<br>1 Complexe Desjardins<br>Suite 2822, Tour Sud<br>Montreal, QC H5B 1B3<br>Canada | | | Overnight Mail |
| Core | Fonds de Solidarité FTQ | Attn: Veronique Gagnon<br>Attn: Caroline Dion<br>CP 1000, Succ. Chabanel<br>Montréal, QC H2N 0B5<br>Canada | 514 383-2501 | affairesjuridiques@fondsftq.com<br>cdion@fondsftq.com<br>vgagnon@fondsftq.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to PPB, LLC | Fox Rothschild LLP | Attn: Daniel B. Thompson<br>919 N Market St, Ste 300<br>Wilmington, DE 19899-2323 | 302-656-8920 | dthompson@foxrothschild.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to PPB, LLC | Fox Rothschild LLP | Attn: Keith C. Owens<br>10250 Constellation Blvd, Ste 900<br>Los Angeles, CA 90067 | 310-556-9828 | kowens@foxrothschild.com | Email |
| US Counsel to the Ad Hoc Group of First Lien and Second Lenders | Goodmans LLP | Attn: Joseph Pasquariello<br>Bay Adelaide Centre – West Tower<br>333 Bay Street, Ste 3400<br>Toronto, ON M5H 2S7<br>Canada | | jpasquariello@goodmans.ca | Email |

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | FAX | Email | Method of Service |
|---|---|---|---|---|---|
| Co-Financial Advisor to the Applicants | Greenhill & Co | 300 Park Ave<br>New York, NY 10022 | | ProjectCircle@greenhill.com | Email |
| Financial Advisor to the Ad Hoc Group of First Lien and Second Lien Lender | Houlihan Lokey | Attn: William Tuck Hardie<br>225 South Sixth St, Ste 4950<br>Minneapolis, MN 55402 | | whardie@HL.com | Email |
| Equity Sponsor | Investissement Québec | Attn: Luc Morin<br>Attn: Guillaume P. Michaud<br>Attn: Steve Malas<br>600 De la Gauchetière St W, Ste 1500<br>Montréal, QC H3B 4L8 | | luc.morin@nortonrosefulbright.com<br>guillaume.michaud@nortonrosefulbright.com<br>steve.malas@nortonrosefulbright.com | Email |
| Litigation | Jeansonne & Remondet | Attn: Michael Remondet, Jr.<br>One Canal Place<br>365 Canal St, Ste 1660<br>New Orleans, LA 70130 | | miker@jennrem.com | Email |
| Litigation | K&K Insurance | Attn: Paula Creel<br>P.O Box 2338<br>1712 Magnavox Way<br>Fort Wayne, IN 46801-2338 | | Paula.creel@kandkinsurance.com | Email |
| Notice of Appearance and Request for Notices Counsel to The Realty Associates Fund IX, L.P. | Kaplin Stewart Meloff Reiter & Stein, P.C. | Attn: William J. Levant<br>910 Harvest Dr, 2nd Fl<br>P.O. Box 3037<br>Blue Bell, PA 19422 | 610-684-2020 | wlevant@kaplaw.com | Email |
| US Counsel to the Monitor | Katten Muchin Rosenman LLP | Attn: Steven J. Reisman, Jerry L. Hall<br>575 Madison Ave<br>New York, NY 10022-2585 | | sreisman@katten.com<br>jerry.hall@katten.com | Email |
| Notice of Appearance and Request for Notices Counsel to Ernst & Young Inc. | Katten Muchin Rosenman LLP | Attn: Steven J. Reisman<br>Attn: Jerry L. Hall<br>Attn: Shaya Rochester<br>575 Madison Ave<br>New York, NY 10022-2585 | 212-940-8776 | sreisman@katten.com<br>jerry.hall@katten.com<br>srochester@katten.com | Email |
| US Counsel to the Applicants | Kirkland & Ellis LLP | Attn: Chad J. Husnick, Aparna Yenamandra<br>Attn: Simon Briefel, Charles B. Sterrett<br>601 Lexington Ave<br>New York, NY 10022 | | aparna.yenamandra@kirkland.com<br>chad.husnick@kirkland.com<br>charles.sterrett@kirkland.com<br>simon.briefel@kirkland.com | Email |
| Governmental Authority | Larivière Meunier | Attn: Daniel Cantin<br>3800 De Marly St, Secteur 5-2-8<br>Québec, QC G1X4A5<br>Canada | | danielcantin@revenuquebec.ca<br>notif-quebec@revenuquebec.ca<br>Vincenzo.Carrozza@revenuquebec.ca | Email |
| Counsel to the Royal Bank of Canada | Latham & Watkins, LLP | Attn: Richard Levy<br>885 Third Ave<br>New York, NY 10022 | | richard.levy@lw.com | Email |
| Litigation | Louisiana Department of Justice | Attn: Aaron Weidenhaft<br>1885 North 3rd St.<br>Baton Rouge, LA 70804 | | weidenhafta@ag.louisiana.gov | Email |
| Counsel to the Caisse de Dépôt et de Placement du Québec | McCarthy Tétrault LLP | Attn: Philippe H. Bélanger, Jocelyn Perreault<br>1000 de la Gauchetière St W, Ste 2500<br>Montréal, QC H3B 0A2<br>Canada | | jperreault@mccarthy.ca<br>pbelanger@mccarthy.ca | Email |
| Talent agency representing Cirque du Soleil MJ ONE director Jamie King / King Productions, Inc. (and other clients) employed by Cirque du Soleil. | McDonald Selznick Associates Inc. | Attn: Julie McDonald<br>Attn: Daniel Sladek<br>Attn: Tanya Mallean | | julie@msaagency.com<br>danielsladek@mac.com<br>TMallean@skylaw.net | Email |
| Core | MGM Resorts International | c/o Torys Law Firm LLP<br>Attn: Christopher Richter<br>1 Place ville Marie, Ste 2880<br>Montreal, QC H3B 4R4<br>Canada | | crichter@torys.com | Email |
| Canadian Counsel to the Ad Hoc Group of First Lien and Second Lenders | Milbank | Attn: Evan R. Fleck<br>55 Hudson Yards<br>New York, NY 10001-2163 | | efleck@milbank.com | Email |
| Notice of Appearance and Request for Notices - Counsel to Ad Hoc Committee of First Lien Lenders | Milbank LLP | Attn: Evan R. Fleck / Attn: Nelly Almeida<br>Attn: Andrew Harmeyer<br>Attn: Evan Maass<br>55 Hudson Yards<br>New York, NY 10001-2163 | 212-530-5219 | aharmeyer@milbank.com<br>efleck@milbank.com<br>emaass@milbank.com<br>nalmeida@milbank.com | Email |
| Notice of Appearance and Request for Notices Missouri Department of Revenue | Missouri Department of Revenue | Attn: Steven A. Ginther<br>Bankruptcy Unit<br>PO Box 475<br>Jefferson City, MO 65105-0475 | 573-751-7232 | deecf@dor.mo.gov | Email |
| Co-Financial Advisor to the Applicants | National Bank Financial | 1155 Metcalfe St, 23rd Fl<br>Montreal, QC H3B 4S9<br>Canada | | projectcirclenbf@bnc.ca | Email |
| Counsel to the Investissement Québec | Norton Rose Fulbright LLP | Attn: Luc Morin<br>1 Place Ville Marie, Ste 2500<br>Montréal, QC H3B 1R1<br>Canada | | luc.morin@nortonrosefulbright.com | Email |
| Office of the United States Trustee for the District of Delaware | Office of the United States Trustee | Attn: T. Patrick Tinker<br>844 King Street, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | | | Overnight Mail |
| Canadian Counsel to TPG | Osler, Hoskin & Harcourt LLP | Attn: Sandra Abitan, Marc Wasserman<br>1000, rue De La Gauchetière Ouest<br>Bureau 2100<br>Montréal, QC  H3B 4W5<br>Canada | | ikravtsov@osler.com<br>mwasserman@osler.com<br>sabitan@osler.com | Email |

re CDS U.S. Holdings, Inc.
(20-11719)

2

re CDS U.S. Holdings, Inc.
(20-11719)

2

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | FAX | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices - Counsel to TPG Global, LLC and its affiliates | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta<br>Attn: Jacob A. Adlerstein<br>1285 Avenue of the Americas<br>New York, NY 10019 | 212-757-3990 | jadlerstein@paulweiss.com | Email<br>Overnight Mail |
| Governmental Authority | Procureur général du Canada | Tour est, 5e étage, Complexe Guy-Favreau<br>200, boul. René-Lévesque ouest<br>Montréal, QC H2Z 1X4<br>Canada | 514-283-3856 | notificationPGC-AGC.civil@justice.gc.ca | Email |
| Core | Québécor Inc. | c/o Davies Ward Philips & Vineberg LLP<br>Attn: Denis Ferland<br>1501 Avenue MsGill College, 26 étage<br>Montreal, QC H3A 3N9<br>Canada | | dferland@dwpv.com | Email |
| Notice of Appearance and Request for Notices Counsel for OptumRx, Inc. | Shipman & Goodwin LLP | Attn: Kathleen M. LaManna<br>Attn: Eric S. Goldstein<br>1 Constitution Plz<br>Hartford, CT 06103-1919 | 860-251-5218 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com<br>klamanna@goodwin.com | Email |
| Canadian Counsel to the Applicants | Stikeman Elliott LLP | Attn: Guy P. Martel, Danny Duy Vu, Sidney M. Horn<br>Attn: Jean-François Forget, Claire Zikovsky<br>1155 René-Lévesque Blvd W, 41st Fl<br>Montreal, QC H3B 3V2<br>Canada | | CZikovsky@stikeman.com<br>ddvu@stikeman.com<br>gmartel@stikeman.com<br>jfforget@stikeman.com<br>smhorn@stikeman.com | Email |
| Creditor | The Ohio Bureau of Workers' Compensation | Legal Division Bankruptcy Unit<br>P.O. Box 15567<br>Columbus, OH 43215 | | | Overnight Mail |
| Litigation | The University of Louisiana System Board of Supervisors | University of New Orleans<br>1201 N Third St, Ste 7-300<br>Baton Rouge, LA 70802 | | | Overnight Mail |
| ENR | Thomas Randall | | | tomebehr@gmail.com | Email |
| Notice of Appearance and Request for Notices - Tennessee Attorney General's Office | TN Dept of Revenue | c/oTN Attorney General's Office, Bankruptcy Division<br>Attn: Laura L. McCloud<br>PO BOX 20207<br>Nashville, TN 37202-0207 | 615-741-3334 | AGBankDelaware@ag.tn.gov | Email |
| Deputy General Counsel to TPG | TPG Capital LP | Attn: Ashleigh Blaylock | | ablaylock@tpg.com | Email |
| NOA - Counsel to Creditor HERC Rentals | Walters Levine Lozano & DeGrave | Attn: Heather A. DeGrave<br>601 Bayshore Blvd, Ste 720<br>Tampa, FL 33606 | 813-254-7341 | | Overnight Mail |
| Notice of Appearance and Request for Notices Counsel to the Ad Hoc Committee of Independent 2L Holders | White & Case LLP | Attn: Brian D. Pfeiffer<br>Attn: Laura L. Femino<br>SE Financial Center<br>200 S Biscayne Blvd, Ste 4900<br>Miami, FL 33131-2352 | 305-358-5744 | brian.pfeiffer@whitecase.com<br>laura.femino@whitecase.com | Email |
| Notice of Appearance and Request for Notices Counsel to the Ad Hoc Committee of Independent 2L Holders | White & Case LLP | Attn: Kimberly A. Havlin<br>Attn: Laura A. Grai<br>1221 Avenue of the Americas<br>New York, NY 10020-1095 | 212-354-8113 | kim.havlin@whitecase.com<br>laura.grai@whitecase.com | Email |
| Local Counsel to the Ad Hoc Group of First Lien and Second Lenders | Woods LLP | Attn: Bogdan Catanu, Neil Peden<br>2000 McGill College Ave, Ste 1700<br>Montreal, QC H3A 3H3<br>Canada | | bcatanu@woods.qc.ca<br>npeden@woods.qc.ca | Email |
| Notice of Appearance and Request for Notices - Counsel to TPG Global, LLC and its affiliates | Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan<br>Attn: Andrew L. Magaziner<br>Rodney Square<br>1000 N King St<br>Wilmington, DE 19801 | 302-571-1253 | amagaziner@ycst.com<br>pmorgan@ycst.com | Email |