**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 15 |
| CDS US HOLDINGS NEWCO, INC. (f/k/a CDS U.S. HOLDINGS, INC., *et al.*)[1] | ) |
| | ) Case No. 20-11719 (JKS) |
| | ) |
| Debtors in a Foreign Proceeding. | ) (Jointly Administered) |
| | ) Re: Docket No. 161 |
| | ) |

**NOTICE OF AGENDA FOR TELEPHONIC HEARING SCHEDULED FOR MARCH 19, 2024 AT 3:00 P.M. BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 6, WILMINGTON, DE 19801**

> This proceeding will be conducted remotely **via Zoom**.
> Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> **Registration is required by 4:00 p.m. (Prevailing Eastern Time)** the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

**MATTER GOING FORWARD**

1. Motion Pursuant to Sections 105(A), 1507, 1521, and 1525 of the Bankruptcy Code and Bankruptcy Rule 9006, for Entry of an Order Allowing FisherBroyles, LLP to Withdraw as Counsel to Shambra Solomon (the "Motion") [Docket No. 161].

---

[1] The last four digits of Debtor CDS U.S. Holdings, Inc.'s tax identification number are (0086). Due to the large number of debtor entities in these jointly administered chapter 15 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at www.omniagentsolutions.com/cirquedusoleil. The location of the Debtors' service address for purposes of these chapter 15 cases is: 8400, 2e Avenue Montréal, Quebec H1Z 4M6 Canada.

| | |
|---|---|
| Dated: March 18, 2024<br>Wilmington, Delaware | Pierson Ferdinand LLP<br><br>*/s/ Carl D. Neff*<br>Carl D. Neff (No. 4895)<br>CSC Station<br>112 S. French Street<br>Wilmington, DE 19801<br>Telephone: (302) 482-4244<br>carl.neff@pierferd.com<br><br>*Attorneys for Shambra Solomon* |